UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BARBARANN REAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL V. DRAKE, in his official capacity as President of the UNIVERSITY OF CALIFORNIA, and DR. DAVID RUBIN, in his official capacity as Executive Vice President for University of California – Health, of the UNIVERSITY OF CALIFORNIA,<br><br>　　　　Defendants. | Case No. 2:24-cv-00189-SB-JPR<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>**ORDER GRANTING JOINT STIPULATION FOR PRELIMINARY INJUNCTION**<br><br>Complaint filed:  January 8, 2024 |

　　　Having considered the parties' Joint Stipulation for Preliminary Injunction, the Court issues the following preliminary injunction pursuant to the stipulation:

　　　Defendants, along with their agents, attorneys, and employees, are hereby enjoined as follows, for the reasons set forth in the Court's decision on the Temporary Restraining Order (Dkt. 19):

　　　1.　　From preventing Plaintiff, based on the enforcement of the University of California's vaccination policy, available at https://policy.ucop.edu/doc/5000649/UC-ImmunizationPolicy (last visited on January 22, 2024), from enrolling in, attending, or receiving credit for online courses to continue her Masters in Business Administration

for the upcoming school term and for the duration of this lawsuit.

     2.    No security need be posted under FRCP 65(c).

The January 30, 2024 hearing date is VACATED.

Dated: January 22, 2024

_____
The Honorable Stanley Blumenfeld, Jr.
United States District Judge