SIRI & GLIMSTAD LLP
Catherine Ybarra (SBN 283360)
Email: cybarra@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone 213-376-3739
Facsimile 646-417-5967

CHRIS WIEST ATTORNEY AT LAW, PLLC
Christopher Wiest (*pro hac vice*)
Email: chris@cwiestlaw.com
50 East Rivercenter Blvd.,
Suite 1280
Covington, KY 41011
Telephone: 513-257-1895
Facsimile: 859-495-0803

[Additional counsel listed on next page]

Attorneys for Plaintiff
BARBARANN REAM

Emily T. Kuwahara, SBN 252411
ekuwahara@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Kristin Madigan, SBN 233436
KMadigan@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Katharine Essick, SBN 219426
Katherine.Essick@ucop.edu
University of California
Office of General Counsel
1111 Franklin Street, 8th Floor
Oakland, CA 94607-5200
Telephone: 510.987.9800
Facsimile: 510.987.9757

Attorneys for Defendants
MICHAEL V. DRAKE, MD and
DAVID RUBIN, MD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

BARBARANN REAM,

                              Plaintiff,

v.

MICHAEL V. DRAKE, *et. al.*,

                              Defendants.

Case No. 2:24-cv-00189-SB-JPR

Hon. Stanley Blumenfeld, Jr.
Courtroom 6C

**JOINT STIPULATION OF DISMISSAL**

Complaint filed: January 8, 2024

SIRI & GLIMSTAD LLP
Aaron Siri (*pro hac vice*)
Email: aaron@sirillp.com
Elizabeth A. Brehm (*pro hac vice*)
Email: ebrehm@sirillp.com
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone 212-532-1091
Facsimile 646-417-5967

SIRI & GLIMSTAD LLP
Allison R. Lucas (*pro hac vice*)
Email: alucas@sirillp.com
220 West Congress Street, 2nd Floor
Detroit, MI 48226
Telephone 313-251-9161
Facsimile 646-417-5967

SIRI & GLIMSTAD LLP
Walker D. Moller (*pro hac vice*)
Email: wmoller@sirillp.com
1005 Congress Avenue, Suite 925-C36
Austin, TX 78701
Telephone 512-265-5622
Facsimile 646-417-5967

Attorneys for Plaintiff
BARBARANN REAM

2

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree to

2  dismiss the above-captioned action with prejudice, subject to the condition the Court

3  shall retain jurisdiction over this action, and the parties to enforce the settlement

4  agreement reached and executed by the parties.

5    **IT IS SO STIPULATED.**

6

7  Dated: July 22, 2024                     Respectfully submitted,

8                                           SIRI & GLIMSTAD LLP

9
                                            By: _Catherine E. Ybarra_
10                                          Aaron Siri
                                            Catherine E. Ybarra
11                                          Christopher D. Wiest
                                            Allison R. Lucas
12                                          Elizabeth A. Brehm
                                            Walker D. Moller
13

14
                                            Attorneys for Plaintiff
15                                          BARBARANN REAM

16
17  Dated: July 22, 2024                    CROWEL & MORING LLP

18                                          By: _Kristin Madigan*_
                                            Kristin Madigan
19                                          Emily T. Kuwahara
20                                          *signed with permission
                                            Attorneys for Defendants
21                                          Michael V. Drake, M.D. and David
22                                          Rubin, M.D.

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL

1

## **ATTESTATION**

2          Pursuant to Civil L.R. 5-4.3.4(a)(2)i), I, Catherine E. Ybarra, hereby attest

3    that all other signatories listed, and on whose behalf the filing is submitted, concur

4    in this document's content and have authorized the filing of this document with the

5    use of their electronic signature.

6

7    Dated: July 22, 2024                                        /s/ *Catherine E. Ybarra*
                                                                     Catherine E. Ybarra
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4